# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2169 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | |
| v. | : | File No. CS-13-668 |
| | : | |
| | : | |
| STEVEN HOWARD BERKOWITZ, | : | Attorney Registration No. 18830 |
| Respondent | : | (Montgomery County) |

## O R D E R

**PER CURIAM:**

AND NOW, this 15th day of May, 2015, upon consideration of the Certificate of Admission of Disability by Attorney that the Respondent is suffering from a disabling condition which makes it impossible for him to prepare an adequate defense to allegations of professional misconduct, it is hereby

ORDERED that Steven Howard Berkowitz is immediately transferred to inactive status pursuant to Pa.R.D.E. 301(e), for an indefinite period and until further Order of the Court, and he shall comply with Pa.R.D.E. 217. All pending disciplinary proceedings shall be held in abeyance, except for the perpetuation of testimony and the preservation of documentary evidence.